1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

Case No.  CV 17-04814-AB (JPRx)

Elvia Jaurequi

        Plaintiff,

v.

Hobby Lobby Stores, Inc. et al

        Defendants.

ORDER DISMISSING CIVIL ACTION

THE COURT having been advised by counsel that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **45  days,** to re-open the action if settlement is not consummated.   This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated:  September 6, 2018     _____

ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE